SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LI YI,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTINA POULOS, Acting Director of the United States Citizenship and Immigration Services, California Service Center; GERARD HEINAUER, Director of the United States Citizenship and Immigration Services, Nebraska Service Center; EMILIO T. GONZALEZ, Director of the Unite States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ALBERTO R. GONZALES, United States Attorney General; ROBERT MUELLER, Director of the Federal Bureau of Investigations; and FEDERAL BUREAU OF INVESTIGATIONS,<br><br>    Defendants | No. C 07-3461 JW<br><br>**STIPULATION TO EXTEND DATES and [PROPOSED] ORDER** |

    The plaintiff, by and through his attorney of record, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about July 2, 2007. The Defendants response is due on

Stip. to Extend Dates
C07-3461 JW

1  September 28, 2007.

2     2. Pursuant to this Court's July 2, 2007 Order Setting the Case Management Conference, the
3  parties are required to file a joint case management statement on October 22, 2007, and attend a
4  case management conference on October 29, 2007.

5     3. In order to allow sufficient time for Defendants to consider an alternative resolution to this
6  case and/or Answer and prepare a joint case management statement, the parties hereby respectfully
7  ask this Court to extend the dates in the Court's scheduling order as follows:

8     Defendants' Response:                          November 19, 2007
9     Last day to file Joint ADR Certification:             November 26, 2007
10    Last day to file/serve Joint Case Management Statement:    December 10, 2007
11    Case Management Conference:                   December 17, 2007, at 10:00 a.m.

12 Date: September 28, 2007            Respectfully submitted,

13                                        SCOTT N. SCHOOLS
14                                        United States Attorney

15                                         /s/
16                                        MELANIE L. PROCTOR
17                                        Assistant United States Attorney
                                       Attorneys for Defendants
18

19 Date: September 28, 2007            /s/
                                       AUDRA R. BEHNE
20                                        Attorney for Plaintiff

21                             **ORDER**

22    Pursuant to stipulation, IT IS SO ORDERED.

23 Date:

24                                        JAMES WARE
25                                      United States District Judge

26

27

28