1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12  LI YI,                                 )
                                           )
13              Plaintiff,                 )  No. C 07-3461 JW
                                           )
14         v.                              )
                                           )
15  CHRISTINA POULOS, Acting Director of the  )  **STIPULATION TO EXTEND DATES and
    United States Citizenship and Immigration )  [PROPOSED] ORDER**
16  Services, California Service Center;   )
    GERARD HEINAUER, Director of the United )
17  States Citizenship and Immigration Services, )
    Nebraska Service Center;               )
18  EMILIO T. GONZALEZ, Director of the    )
    Unite States Citizenship and Immigration )
19  Services; UNITED STATES CITIZENSHIP    )
    AND IMMIGRATION SERVICES;              )
20  MICHAEL CHERTOFF, Secretary of the     )
    Department of Homeland Security;       )
21  ALBERTO R. GONZALES, United States     )
    Attorney General;                      )
22  ROBERT MUELLER, Director of the        )
    Federal Bureau of Investigations; and  )
23  FEDERAL BUREAU OF INVESTIGATIONS,      )
                                           )
24              Defendants                 )
   _____ )
25

26     The plaintiff, by and through his attorney of record, and defendants by and through their

27  attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

28     1.  Plaintiff filed this action on or about July 2, 2007.  The Defendants response is due on

Stip. to Extend Dates
C07-3461 JW

1  September 28, 2007.

2      2.  Pursuant to this Court's July 2, 2007 Order Setting the Case Management Conference, the

3  parties are required to file a joint case management statement on October 22, 2007, and attend a

4  case management conference on October 29, 2007.

5      3.  In order to allow sufficient time for Defendants to consider an alternative resolution to this

6  case and/or Answer and prepare a joint case management statement, the parties hereby respectfully

7  ask this Court to extend the dates in the Court's scheduling order as follows:

8      Defendants' Response:                                         November 19, 2007

9      Last day to file Joint ADR Certification:                     November 26, 2007

10     Last day to file/serve Joint Case Management Statement:        December 10, 2007

11     Case Management Conference:                                    December 17, 2007, at 10:00 a.m.

12  Date: September 28, 2007                    Respectfully submitted,

13                                              SCOTT N. SCHOOLS
                                                United States Attorney

14

15                                              _____/s/_____
                                                MELANIE L. PROCTOR
16                                              Assistant United States Attorney
                                                Attorneys for Defendants

17

18

19  Date: September 28, 2007                    _____/s/_____
                                                AUDRA R. BEHNÉ
                                                Attorney for Plaintiff

20

21                              **ORDER**

22      Pursuant to stipulation, IT IS SO ORDERED.

23

    Date:  October 22, 2007                     _____

24                                              JAMES WARE
                                                United States District Judge

25

26

27

28

Stip. to Extend Dates
C07-3461 JW                              2