AUDRA R. BEHNÉ
LAW OFFICES OF AUDRA R. BEHNÉ
A Professional Corporation
14724 Ventura Boulevard, 2nd Floor
Sherman Oaks, CA 91403
Tel - (818) 881-2155
Fax - (818) 995-0007
audrabehne@aol.com

California Bar No. 180038

Attorney for Li Yi, Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LI YI,<br><br>       Plaintiff,<br><br>vs.<br><br>CHRISTINA POULAS, Acting Director of the United States Citizenship and Immigration Services, California Service Center; GERARD HEINAUER, Director of the United States Citizenship and Immigration Services, Nebraska Service Center; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ALBERTO GONZALES, United States Attorney General; ROBERT MUELLER, Director of the Federal Bureau of Investigations; and FEDERAL BUREAU OF INVESTIGATIONS<br><br>       Defendants. | NO: C 07-03461 JW<br><br><br><br><br>NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1) OF F.R.CIV.P.<br><br>IMMIGRATION CASE |

1

PLEASE TAKE NOTICE:

This action is dismissed by the Plaintiff in its entirety. The dismissal is made pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: November 8, 2007                    Respectfully submitted,

                                              LAW OFFICES OF AUDRA R. BEHNÉ

                                              _____/s/_____

                                              AUDRA R. BEHNÉ
                                              Attorney for the Plaintiff